1   MATTHEW J. GAUGER, SBN 139785
    WEINBERG, ROGER & ROSENFELD
2   A Professional Corporation
    428 J Street, Suite 520
3   Sacramento, California 95814-3314
    Telephone: (916) 443-6600
4   Facsimile:  (916) 442-0244

5

6   Attorneys for Plaintiff

7

8               UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  STEPHEN C. PEHLE, on behalf of himself and ) No. 2:06-CV-01889-MCE-EFB
    others similarly situated,                 )
12                                             )
                     Plaintiff,                ) **ORDER**
13                                             )
             vs.                               )
14                                             )
    RONALD DAVID DUFOUR, as an individual,     )
15  and DUFOUR ENTERPRISES, INC dba            )
    DUFOUR ELECTRIC & CONSTRUCTION,            )
16                                             )
                     Defendants.               )
17  _____)

18          The parties have jointly requested this Court to vacate and modify the present trial schedule

19  in order to facilitate settlement negotiations.

20          Good cause appearing therefore, the Court hereby orders:

21          1.      The Pretrial (Status) Scheduling Order dated November 17, 2006 is vacated.  The

22  Minute Orders of September 24, 2007 and January 22, 2008 modifying the Pretrial Status

23  Scheduling Order are vacated, including the final Pretrial Conference on March 7, 2008, the Trial

24  on April 21, 2008 and the related filing dates for pretrial preparation;

25  ///

26  ///

27  ///

28  ///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street Suite 520
Sacramento, CA 95814-2341
(916) 443-6600

Proposed Order

1        2.      No later than April 21, 2008, the parties shall (a) submit a Joint Report confirming

2    that a settlement has been reached and proposing a date by which the matter must be dismissed in

3    its entirety or (b) file a report indicating the issues that remain in dispute and requesting a

4    Settlement Conference date, a Pretrial Conference date and a Trial date.

5        IT IS SO ORDERED.

6    Dated:   February 15, 2008

7

8                                                    _____
                                                     MORRISON C. ENGLAND, JR
                                                     UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street Suite 520
Sacramento, CA 95814-2341
(916) 443-6600

- 2 -

Proposed Order