IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN C. PEHLE,

    Plaintiff,                             No. CIV S-06-1889 MCE EFB

vs.

RONALD DAVID DUFOUR;
DUFOUR ENTERPRISES, INC.,

    Defendants.                        ORDER
_____/

        On November 18, 2010, the district judge in this action issued a minute order referring the matter to the undersigned for a two day bench trial to be held within ninety days. Dckt. No. 46. The minute order also provided that a final pretrial order shall be issued by the undersigned and scheduled a hearing on defendants' counsel's motion to withdraw as counsel for hearing before the district judge on January 13, 2011. *Id.*

        In light of the November 18 minute order, the parties are directed to meet and confer and to file, on or before December 8, 2010, a joint status report addressing the following:

        1. When a final pretrial conference should be held;

        2. Whether the parties desire to file a revised joint pretrial statement, *see* Dckt. No. 35, in advance of the final pretrial conference and, if so, when any such revised joint pretrial statement should be filed;

////

1    3. Whether the parties desire to file revised trial briefs in advance of trial, *see* Dckt. Nos.

2 39 and 40, and, if so, when any such revised trial briefs should be filed;

3    4. When lists of the exhibits to be offered at trial should be exchanged and filed and

4 when any statements waiving or reserving objections to the exhibits listed by other parties

5 should be exchanged and filed;

6    5. When statements designating portions of depositions, admissions and answers to

7 interrogatories that the respective parties intend to offer at the trial (except portions to be used

8 only for impeachment or rebuttal) should be filed;

9    6. Whether and when proposed findings of fact and conclusions of law should be filed;

10   7. When trial should be held in this action;[1] and

11   8. Any other scheduling matters that should be addressed at this time.

12   SO ORDERED.

13 DATED: November 23, 2010.

              /s/ Edmund F. Brennan
              EDMUND F. BRENNAN
              UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are directed to contact the undersigned's courtroom deputy, Nic Cannarozzi, at (916) 930-4172, in order to obtain available dates for trial and for the final pretrial conference.