| Date | Location | Actual Hours Worked | O.T. Hours worked | Overtime Wages Earned @ 40.5/hr | Total Wages Earned | Actual Wages Paid 8hrs @ $27.00 | Total Unpaid wages | LC218.6 10% interest on unpaid wages | Daily interest | Number of days elapsed until: 9/28/12 | total interest owed | Total hrs wrkd over 40 hrs | LDs FLSA 216(b) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/3/05 | Emeryville | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2788.00 | 61.87 | | |
| 2/4/05 | Emeryville | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2787.00 | 61.85 | | |
| 2/7/05 | Tracy | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2784.00 | 0.00 | | |
| 2/8/05 | Tracy | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2783.00 | 0.00 | | |
| 2/9/05 | Tracy | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2782.00 | 0.00 | 4.00 | $162.00 |
| 2/11/05 | Tracy | 8.50 | 0.50 | $20.25 | $236.25 | $216.00 | $20.25 | 2.03 | 0.006 | 2780.00 | 15.42 | | |
| 2/12/05 | Tracy | 6.00 | 0.00 | $0.00 | $162.00 | $162.00 | $0.00 | 0.00 | 0.000 | 2779.00 | 0.00 | | |
| 2/14/05 | Emeryville | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2777.00 | 61.63 | | |
| 2/15/05 | Emeryville | 9.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2776.00 | 61.60 | | |
| 2/16/05 | San Francisco | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2775.00 | 46.19 | 3.50 | $141.75 |
| 2/18/05 | Otay | 8.40 | 0.50 | $20.25 | $236.25 | $216.00 | $20.25 | 2.03 | 0.006 | 2773.00 | 15.38 | | |
| 2/21/05 | Otay | 8.40 | 0.50 | $20.25 | $236.25 | $216.00 | $20.25 | 2.03 | 0.006 | 2770.00 | 15.37 | | |
| 2/22/05 | Otay | 8.40 | 0.50 | $20.25 | $236.25 | $216.00 | $20.25 | 2.03 | 0.006 | 2769.00 | 15.36 | | |
| 2/23/05 | Otay | 8.40 | 0.50 | $20.25 | $236.25 | $216.00 | $20.25 | 2.03 | 0.006 | 2768.00 | 15.36 | | |
| 3/2/05 | Otay | 8.40 | 0.50 | $20.25 | $236.25 | $216.00 | $20.25 | 2.03 | 0.006 | 2759.00 | 15.31 | | |
| 3/3/05 | Otay | 8.40 | 0.50 | $20.25 | $236.25 | $216.00 | $20.25 | 2.03 | 0.006 | 2758.00 | 15.30 | | |
| 3/4/05 | Otay | 8.40 | 0.50 | $20.25 | $236.25 | $216.00 | $20.25 | 2.03 | 0.006 | 2757.00 | 15.30 | | |
| 3/7/05 | Otay | 8.40 | 0.50 | $20.25 | $236.25 | $216.00 | $20.25 | 2.03 | 0.006 | 2754.00 | 15.28 | | |
| 3/8/05 | Otay | 8.40 | 0.50 | $20.25 | $236.25 | $216.00 | $20.25 | 2.03 | 0.006 | 2753.00 | 15.27 | | |
| 3/9/05 | Emeryville | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2752.00 | 61.07 | 3.60 | $145.80 |
| 3/10/05 | Emeryville | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2751.00 | 61.05 | | |
| 3/11/05 | Emeryville | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2750.00 | 61.03 | | |
| 3/14/05 | Otay | 8.40 | 0.50 | $20.25 | $236.25 | $216.00 | $20.25 | 2.03 | 0.006 | 2747.00 | 15.24 | | |
| 3/15/05 | Otay | 8.40 | 0.50 | $20.25 | $236.25 | $216.00 | $20.25 | 2.03 | 0.006 | 2746.00 | 15.23 | | |
| 3/16/05 | Otay | 8.40 | 0.40 | $16.20 | $232.20 | $216.00 | $16.20 | 1.62 | 0.004 | 2745.00 | 12.18 | 5.20 | $210.60 |
| 3/17/05 | Otay | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2744.00 | 0.00 | | |
| 3/18/05 | Otay | 8.40 | 0.50 | $20.25 | $236.25 | $216.00 | $20.25 | 2.03 | 0.006 | 2743.00 | 15.22 | | |
| 3/21/05 | Otay | 8.40 | 0.50 | $20.25 | $236.25 | $216.00 | $20.25 | 2.03 | 0.006 | 2740.00 | 15.20 | | |
| 3/23/05 | Otay | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2738.00 | 0.00 | | |
| 3/24/05 | Hayward | 9.80 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2737.00 | 45.55 | | |
| 3/25/05 | Hayward | 9.80 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2736.00 | 45.54 | | |
| 3/28/05 | Hayward | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2733.00 | 0.00 | | |
| 3/30/05 | Hayward | 9.80 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2730.00 | 45.44 | | |
| 4/11/05 | Hayward | 9.80 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2720.00 | 45.27 | | |
| 4/13/05 | Otay | 8.40 | 0.50 | $20.25 | $236.25 | $216.00 | $20.25 | 2.03 | 0.006 | 2718.00 | 15.08 | | |
| 4/19/05 | Dufour | 11.30 | 1.80 | $72.90 | $288.90 | $216.00 | $72.90 | 7.29 | 0.020 | 2712.00 | 54.17 | | |
| 4/20/05 | Dufour | 12.30 | 1.80 | $72.90 | $288.90 | $216.00 | $72.90 | 7.29 | 0.020 | 2711.00 | 54.15 | 1.80 | $72.90 |

| Date | Location | Actual Hours Worked | O.T. Hours worked | Overtime Wages Earned @ 40.5/hr | Total Wages Earned | Actual Wages Paid 8hrs @ $27.00 | Total Unpaid wages | LC218.6 10% interest on unpaid wages | Daily interest | Number of days elapsed until: | total interest owed | Total hrs wrkd over 40 hrs | LDs FLSA 216(b) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/21/05 | Dufour | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2710.00 | 0.00 | | |
| 4/22/05 | Dufour | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2709.00 | 0.00 | | |
| 4/25/05 | Dufour | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2706.00 | 0.00 | | |
| 4/26/05 | Pleasant Hill | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2705.00 | 45.02 | | |
| 4/27/05 | Pleasant Hill | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2704.00 | 45.00 | 3.00 | $121.50 |
| 4/28/05 | Pleasant Hill | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2703.00 | 44.99 | | |
| 5/3/05 | Dufour Ranch | 9.80 | 1.80 | $72.90 | $288.90 | $216.00 | $72.90 | 7.29 | 0.020 | 2698.00 | 53.89 | | |
| 5/4/05 | Dufour Ranch | 9.80 | 1.80 | $72.90 | $288.90 | $216.00 | $72.90 | 7.29 | 0.020 | 2697.00 | 53.87 | | |
| 5/6/05 | Dufour Ranch | 9.80 | 1.80 | $72.90 | $288.90 | $216.00 | $72.90 | 7.29 | 0.020 | 2695.00 | 53.83 | | |
| 5/7/05 | Alameda | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2694.00 | 59.78 | | |
| 5/9/05 | Alameda | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2692.00 | 59.74 | | |
| 5/10/05 | Alameda | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2691.00 | 59.72 | | |
| 5/11/05 | Alameda | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2690.00 | 59.70 | 9.80 | $396.90 |
| 5/12/05 | Alameda | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2689.00 | 59.67 | | |
| 5/13/05 | Alameda | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2688.00 | 59.65 | | |
| 5/16/05 | Alameda | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2685.00 | 59.58 | | |
| 5/17/05 | Alameda | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2684.00 | 59.56 | | |
| 5/18/05 | Alameda | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2683.00 | 59.54 | 10.00 | $405.00 |
| 5/19/05 | Alameda | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2682.00 | 59.52 | | |
| 5/20/05 | Alameda | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2681.00 | 59.50 | | |
| 5/23/05 | Pleasant Hill | 9.75 | 1.75 | $70.88 | $286.88 | $216.00 | $70.88 | 7.09 | 0.019 | 2678.00 | 52.00 | | |
| 5/24/05 | Pleasant Hill | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2677.00 | 44.56 | | |
| 5/26/05 | Pleasant Hill | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2675.00 | 44.52 | | |
| 5/31/05 | Pleasant Hill | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2670.00 | 44.44 | | |
| 6/1/05 | Pleasant Hill | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2670.00 | 44.44 | | |
| 6/3/05 | San Mateo | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2668.00 | 59.21 | | |
| 6/6/05 | San Ramon | 9.00 | 1.00 | $40.50 | $256.50 | $216.00 | $40.50 | 4.05 | 0.011 | 2665.00 | 29.57 | | |
| 6/7/05 | San Mateo | 10.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2664.00 | 44.34 | | |
| 6/9/05 | Borders #211 | 12.00 | 0.00 | $0.00 | $324.00 | $324.00 | $0.00 | 0.00 | 0.000 | 2662.00 | 0.00 | | |
| 6/13/05 | Borders #211 | 7.50 | 0.00 | $0.00 | $202.50 | $202.50 | $0.00 | 0.00 | 0.000 | 2658.00 | 0.00 | | |
| 6/14/05 | Borders #211 | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2657.00 | 0.00 | | |
| 6/15/05 | Borders #211/shop | 12.00 | 0.00 | $0.00 | $324.00 | $324.00 | $0.00 | 0.00 | 0.000 | 2656.00 | 0.00 | | |
| 6/20/05 | Santa Rosa | 5.50 | 0.00 | $0.00 | $148.50 | $148.50 | $0.00 | 0.00 | 0.000 | 2651.00 | 0.00 | | |
| 6/21/05 | BOB's | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2650.00 | 0.00 | | |
| 6/22/05 | San Mateo | 7.00 | 0.00 | $0.00 | $189.00 | $189.00 | $0.00 | 0.00 | 0.000 | 2649.00 | 0.00 | | |
| 6/24/05 | Fremont | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2647.00 | 44.06 | | |
| 6/27/05 | Santa Rosa | 12.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2644.00 | 58.68 | | |
| 6/29/05 | San Mateo | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2642.00 | 58.63 | | |

| Date | Location | Actual Hours Worked | O.T. Hours worked | Overtime Wages Earned @ 40.5/hr | Total Wages Earned | Actual Wages Paid 8hrs @ $27.00 | Total Unpaid wages | LC218.6 10% interest on unpaid wages | Daily interest | Number of days elapsed until: | total interest owed | Total hrs wrkd over 40 hrs | LDs FLSA 216(b) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/30/05 | Pleasant Hill | 8.75 | 0.75 | $30.38 | $246.38 | $216.00 | $30.38 | 3.04 | 0.008 | 2640.00 | 21.97 | | |
| 7/1/05 | Dufour | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2640.00 | 0.00 | | |
| 7/5/05 | Folsom | 11.00 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2636.00 | 73.12 | | |
| 7/6/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2635.00 | 73.09 | | |
| 7/14/05 | Dixon | 9.25 | 1.25 | $50.63 | $266.63 | $216.00 | $50.63 | 5.06 | 0.014 | 2627.00 | 36.44 | | |
| 7/15/05 | Walerga | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2626.00 | 72.84 | | |
| 7/18/05 | Walerga | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2623.00 | 72.76 | | |
| 7/19/05 | Pleasant Hill | 8.75 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2622.00 | 43.64 | | |
| 7/20/05 | San Ramon | 8.75 | 0.75 | $30.38 | $246.38 | $216.00 | $30.38 | 3.04 | 0.008 | 2621.00 | 21.81 | 7.75 | $313.88 |
| 7/21/05 | Demo | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2620.00 | 0.00 | | |
| 7/22/05 | Walerga | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2619.00 | 72.65 | | |
| 7/25/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2616.00 | 72.57 | | |
| 7/26/05 | El Cerrito | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2615.00 | 58.03 | | |
| 7/27/05 | Demo | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2614.00 | 0.00 | 7.50 | $303.75 |
| 7/28/05 | Alameda | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2613.00 | 57.99 | | |
| 8/1/05 | Alameda | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2610.00 | 57.92 | | |
| 8/2/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2609.00 | 72.37 | | |
| 8/3/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2608.00 | 72.35 | 1.00 | $40.50 |
| 8/4/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2607.00 | 72.32 | | |
| 8/5/05 | Walerga, Elverta | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2606.00 | 72.29 | | |
| 8/8/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2603.00 | 72.21 | | |
| 8/9/05 | Alameda | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2602.00 | 57.74 | | |
| 8/10/05 | Alameda | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2601.00 | 57.72 | 11.50 | $465.75 |
| 8/11/05 | El Cerrito | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2600.00 | 57.70 | | |
| 8/13/05 | El Cerrito | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2598.00 | 57.65 | | |
| 8/15/05 | El Cerrito | 10.00 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2596.00 | 72.01 | | |
| 8/16/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2595.00 | 71.98 | | |
| 8/17/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2594.00 | 71.96 | 11.00 | $445.50 |
| 8/18/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2593.00 | 71.93 | | |
| 8/19/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2592.00 | 71.90 | | |
| 8/22/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2589.00 | 71.82 | | |
| 8/23/05 | Sacramento | 10.25 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2588.00 | 71.79 | | |
| 8/24/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2587.00 | 71.76 | 12.25 | $496.13 |
| 8/25/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2586.00 | 71.73 | | |
| 8/26/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2585.00 | 71.71 | | |
| 8/29/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2582.00 | 71.62 | | |
| 8/30/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2580.00 | 71.57 | | |
| 8/31/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2580.00 | 71.57 | 12.50 | $506.25 |

| Date | Location | Actual Hours Worked | O.T. Hours worked | Overtime Wages Earned @ 40.5/hr | Total Wages Earned | Actual Wages Paid 8hrs @ $27.00 | Total Unpaid wages | LC218.6 10% interest on unpaid wages | Daily interest | Number of days elapsed until: | total interest owed | Total hrs wrkd over 40 hrs | LDs FLSA 216(b) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/1/05 | El Cerrito | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2580.00 | 57.25 | | |
| 9/2/05 | El Cerrito | 10.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2579.00 | 57.23 | | |
| 9/6/05 | Sacramento | 10.00 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2575.00 | 71.43 | | |
| 9/7/05 | Sac/Davis | 10.00 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2574.00 | 71.40 | | |
| 9/8/05 | Sacramento | 10.00 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2573.00 | 71.37 | | |
| 9/12/05 | Sacramento | 10.00 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2569.00 | 71.26 | | |
| 9/13/05 | Natomas | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2568.00 | 71.24 | | |
| 9/14/05 | Rancho Cordova | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2567.00 | 71.21 | 1.00 | $40.50 |
| 9/15/05 | Sacramento | 10.00 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2566.00 | 71.18 | | |
| 9/16/05 | Rancho Cordova | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2565.00 | 71.15 | | |
| 9/19/05 | San Leandro | 10.75 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2562.00 | 71.07 | | |
| 9/29/05 | Walerga | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2552.00 | 70.79 | | |
| 9/30/05 | Walerga | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2550.00 | 70.74 | | |
| 10/3/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2548.00 | 70.68 | | |
| 10/4/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2547.00 | 70.65 | | |
| 10/5/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2546.00 | 70.63 | 12.50 | $506.25 |
| 10/6/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2545.00 | 70.60 | | |
| 10/7/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2544.00 | 70.57 | | |
| 10/10/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2541.00 | 70.49 | | |
| 10/11/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2540.00 | 70.46 | | |
| 10/12/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2539.00 | 70.43 | 12.50 | $506.25 |
| 10/13/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2538.00 | 70.40 | | |
| 10/14/05 | Davita | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2537.00 | 0.00 | | |
| 10/17/05 | Davita | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2534.00 | 0.00 | | |
| 10/18/05 | Davita | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2533.00 | 0.00 | | |
| 10/19/05 | Davita | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2532.00 | 0.00 | 2.50 | $101.25 |
| 10/20/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2531.00 | 70.21 | | |
| 10/21/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2530.00 | 70.18 | | |
| 10/24/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2527.00 | 70.10 | | |
| 10/25/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2526.00 | 70.07 | | |
| 10/26/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2525.00 | 70.04 | 12.50 | $506.25 |
| 10/27/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2524.00 | 70.02 | | |
| 10/28/05 | Davita | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2523.00 | 0.00 | | |
| 10/29/05 | Davita | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2522.00 | 0.00 | | |
| 10/30/05 | Demo | 6.50 | 0.00 | $0.00 | $175.50 | $175.50 | $0.00 | 0.00 | 0.000 | 2520.00 | 0.00 | | |
| 10/31/05 | Davita | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2520.00 | 0.00 | | |
| 11/1/05 | Rancho Cordova | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2520.00 | 0.00 | | |
| 11/2/05 | Rancho Cordova | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2519.00 | 0.00 | 17.00 | $688.50 |

| Date | Location | Actual Hours Worked | O.T. Hours worked | Overtime Wages Earned @ 40.5/hr | Total Wages Earned | Actual Wages Paid 8hrs @ $27.00 | Total Unpaid wages | LC218.6 10% interest on unpaid wages | Daily interest | Number of days elapsed until: | total interest owed | Total hrs wrkd over 40 hrs | LDs FLSA 216(b) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/3/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2518.00 | 69.85 | | |
| 11/4/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2517.00 | 69.82 | | |
| 11/7/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2514.00 | 69.74 | | |
| 11/8/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2513.00 | 69.71 | | |
| 11/9/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2512.00 | 69.68 | 12.50 | $506.25 |
| 11/17/05 | Sacramento | 10.50 | 3.50 | $141.75 | $357.75 | $216.00 | $141.75 | 14.18 | 0.039 | 2504.00 | 97.24 | | |
| 11/18/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2503.00 | 69.43 | | |
| 11/21/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2500.00 | 69.35 | | |
| 11/22/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2499.00 | 69.32 | 2.00 | $81.00 |
| 11/28/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2493.00 | 69.16 | | |
| 11/29/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2492.00 | 69.13 | | |
| 11/30/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2490.00 | 69.07 | | |
| 12/1/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2490.00 | 69.07 | | |
| 12/2/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2489.00 | 69.04 | | |
| 12/5/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2486.00 | 68.96 | | |
| 12/6/05 | Sacramento | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2485.00 | 0.00 | | |
| 12/7/05 | Sacramento | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2484.00 | 0.00 | 7.50 | $303.75 |
| 12/15/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2476.00 | 68.68 | | |
| 12/19/05 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2472.00 | 41.14 | | |
| 12/20/05 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2471.00 | 41.13 | | |
| 12/21/05 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2470.00 | 68.52 | | |
| 1/5/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2456.00 | 40.88 | | |
| 1/6/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2455.00 | 40.86 | | |
| 1/9/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2452.00 | 40.81 | | |
| 1/10/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2451.00 | 40.79 | | |
| 1/11/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2450.00 | 40.78 | 7.50 | $303.75 |
| 1/12/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2449.00 | 40.76 | | |
| 1/13/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2448.00 | 40.74 | | |
| 1/16/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2445.00 | 40.69 | | |
| 1/17/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2444.00 | 40.68 | | |
| 1/18/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2443.00 | 40.66 | 7.50 | $303.75 |
| 1/19/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2442.00 | 40.64 | | |
| 1/20/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2441.00 | 40.63 | | |
| 1/23/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2438.00 | 40.58 | | |
| 1/24/06 | El Cerrito | 9.75 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2437.00 | 54.08 | | |
| 1/25/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2436.00 | 40.54 | 7.75 | $313.88 |
| 1/26/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2435.00 | 40.53 | | |
| 1/30/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2430.00 | 40.44 | | |

Table 3                                           Unpaid Overtime and Damages, Pehle v Dufour                                    2:06-CV-01889-MCE-EFB
                                    Case 2:06-cv-01889-EFB   Document 98-1   Filed 10/12/12   Page 6 of 8

| Date | Location | Actual Hours Worked | O.T. Hours worked | Overtime Wages Earned @ 40.5/hr | Total Wages Earned | Actual Wages Paid 8hrs @ $27.00 | Total Unpaid wages | LC218.6 10% interest on unpaid wages | Daily interest | Number of days elapsed until: | total interest owed | Total hrs wrkd over 40 hrs | LDs FLSA 216(b) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/31/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2430.00 | 40.44 | | |
| 2/1/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2430.00 | 40.44 | | |
| 2/3/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2428.00 | 40.41 | | |
| 2/6/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2425.00 | 40.36 | | |
| 2/7/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2424.00 | 40.34 | | |
| 2/8/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2423.00 | 40.33 | | |
| 2/9/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2422.00 | 40.31 | | |
| 2/10/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2421.00 | 40.29 | | |
| 2/13/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2418.00 | 40.24 | | |
| 2/14/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2417.00 | 40.23 | | |
| 2/15/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2416.00 | 40.21 | 7.50 | $303.75 |
| 2/16/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2415.00 | 40.19 | | |
| 2/17/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2414.00 | 40.18 | | |
| 2/21/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2410.00 | 40.11 | | |
| 2/22/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2409.00 | 40.10 | | |
| 2/23/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2408.00 | 40.08 | | |
| 2/24/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2407.00 | 40.06 | | |
| 2/27/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2404.00 | 40.01 | | |
| 2/28/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2400.00 | 39.95 | | |
| 3/1/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2400.00 | 39.95 | 7.50 | $303.75 |
| 3/2/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2399.00 | 39.93 | | |
| 3/3/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2398.00 | 39.91 | | |
| 3/6/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2395.00 | 39.86 | | |
| 3/7/06 | Walnut Creek | 10.00 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2394.00 | 39.85 | | |
| 3/8/06 | Vallejo | 11.00 | 3.00 | $121.50 | $337.50 | $216.00 | $121.50 | 12.15 | 0.033 | 2393.00 | 79.66 | 9.50 | $384.75 |
| 3/9/06 | Walnut Creek | 10.00 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2392.00 | 39.81 | | |
| 3/13/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2388.00 | 39.75 | | |
| 3/14/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2387.00 | 39.73 | | |
| 3/15/06 | Walnut Creek | 9.25 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2386.00 | 39.71 | | |
| 3/16/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2385.00 | 39.70 | | |
| 3/17/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2384.00 | 39.68 | | |
| 3/20/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2381.00 | 39.63 | | |
| 3/21/06 | San Jose | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2380.00 | 52.82 | | |
| 3/22/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2379.00 | 39.60 | 8.50 | $344.25 |
| 3/23/06 | Vallejo | 11.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2378.00 | 52.77 | | |
| 3/24/06 | Walnut Creek | 9.50 | 1.75 | $70.88 | $286.88 | $216.00 | $70.88 | 7.09 | 0.019 | 2377.00 | 46.16 | | |
| 3/27/06 | Vallejo | 11.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2374.00 | 52.68 | | |
| 3/28/06 | Vallejo | 11.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2373.00 | 52.66 | | |

| Date | Location | Actual Hours Worked | O.T. Hours worked | Overtime Wages Earned @ 40.5/hr | Total Wages Earned | Actual Wages Paid 8hrs @ $27.00 | Total Unpaid wages | LC218.6 10% interest on unpaid wages | Daily interest | Number of days elapsed until: | total interest owed | Total hrs wrkd over 40 hrs | LDs FLSA 216(b) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/29/06 | Vallejo | 11.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2372.00 | 52.64 | 13.50 | $546.75 |
| 3/30/06 | Vallejo | 11.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2370.00 | 52.59 | | |
| 3/31/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2370.00 | 52.59 | | |
| 4/3/06 | Vallejo | 11.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2368.00 | 52.55 | | |
| 4/4/06 | Vallejo | 11.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2367.00 | 52.53 | | |
| 4/5/06 | Walnut Creek | 9.50 | 1.50 | $60.75 | $276.75 | $216.00 | $60.75 | 6.08 | 0.017 | 2366.00 | 39.38 | 13.00 | $526.50 |
| 4/6/06 | Vallejo | 11.00 | 3.00 | $121.50 | $337.50 | $216.00 | $121.50 | 12.15 | 0.033 | 2365.00 | 78.73 | | |
| 4/7/06 | Vallejo | 10.00 | 1.75 | $70.88 | $286.88 | $216.00 | $70.88 | 7.09 | 0.019 | 2364.00 | 45.90 | | |
| 4/10/06 | Vallejo | 11.00 | 1.75 | $70.88 | $286.88 | $216.00 | $70.88 | 7.09 | 0.019 | 2361.00 | 45.85 | | |
| 4/11/06 | Vallejo | 11.00 | 1.75 | $70.88 | $286.88 | $216.00 | $70.88 | 7.09 | 0.019 | 2360.00 | 45.83 | | |
| 4/12/06 | Vallejo | 11.00 | 1.75 | $70.88 | $286.88 | $216.00 | $70.88 | 7.09 | 0.019 | 2359.00 | 45.81 | 14.00 | $567.00 |
| 4/13/06 | Vallejo | 11.00 | 1.75 | $70.88 | $286.88 | $216.00 | $70.88 | 7.09 | 0.019 | 2358.00 | 45.79 | | |
| 4/15/06 | Vallejo | 8.00 | 0.00 | $0.00 | $216.00 | $216.00 | $0.00 | 0.00 | 0.000 | 2356.00 | 0.00 | | |
| 4/17/06 | Vallejo | 11.00 | 1.75 | $70.88 | $286.88 | $216.00 | $70.88 | 7.09 | 0.019 | 2354.00 | 45.71 | | |
| 4/18/06 | Vallejo | 11.00 | 1.75 | $70.88 | $286.88 | $216.00 | $70.88 | 7.09 | 0.019 | 2353.00 | 45.69 | | |
| 4/19/06 | Vallejo | 11.00 | 1.75 | $70.88 | $286.88 | $216.00 | $70.88 | 7.09 | 0.019 | 2352.00 | 45.67 | 12.00 | $486.00 |
| 4/20/06 | Vallejo | 11.00 | 1.75 | $70.88 | $286.88 | $216.00 | $70.88 | 7.09 | 0.019 | 2351.00 | 45.65 | | |
| 4/21/06 | Vallejo | 11.00 | 1.75 | $70.88 | $286.88 | $216.00 | $70.88 | 7.09 | 0.019 | 2350.00 | 45.63 | | |
| 4/24/06 | Vallejo | 11.00 | 1.75 | $70.88 | $286.88 | $216.00 | $70.88 | 7.09 | 0.019 | 2347.00 | 45.57 | | |
| 4/25/06 | Vallejo | 11.00 | 1.75 | $70.88 | $286.88 | $216.00 | $70.88 | 7.09 | 0.019 | 2346.00 | 45.55 | | |
| 4/26/06 | Walnut Creek | 10.00 | 1.75 | $70.88 | $286.88 | $216.00 | $70.88 | 7.09 | 0.019 | 2345.00 | 45.53 | 14.00 | $567.00 |
| 4/27/06 | Vallejo | 11.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2344.00 | 52.02 | | |
| 4/28/06 | Vallejo | 11.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2343.00 | 52.00 | | |
| 5/1/06 | Vallejo | 11.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2340.00 | 51.93 | | |
| 5/2/06 | Vallejo | 11.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2339.00 | 51.91 | | |
| 5/3/06 | Vallejo | 11.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2338.00 | 51.88 | 15.00 | $607.50 |
| 5/4/06 | Vallejo | 11.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2337.00 | 51.86 | | |
| 5/5/06 | Vallejo | 11.00 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2336.00 | 51.84 | | |
| 5/8/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2333.00 | 51.77 | | |
| 5/9/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2332.00 | 51.75 | | |
| 5/10/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2331.00 | 51.73 | 13.50 | $546.75 |
| 5/11/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2330.00 | 51.71 | | |
| 5/12/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2329.00 | 51.68 | | |
| 5/15/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2326.00 | 51.62 | | |
| 5/16/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2325.00 | 51.60 | | |
| 5/17/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2324.00 | 51.57 | 12.50 | $506.25 |
| 5/18/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2323.00 | 51.55 | | |
| 5/19/06 | Vallejo | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2322.00 | 64.41 | | |

| Date | Location | Actual Hours Worked | O.T. Hours worked | Overtime Wages Earned @ 40.5/hr | Total Wages Earned | Actual Wages Paid 8hrs @ $27.00 | Total Unpaid wages | LC218.6 10% interest on unpaid wages | Daily interest | Number of days elapsed until: | total interest owed | Total hrs wrkd over 40 hrs | LDs FLSA 216(b) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/26/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2315.00 | 51.37 | | |
| 5/30/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2310.00 | 51.26 | | |
| 5/31/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2310.00 | 51.26 | | |
| 6/1/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2310.00 | 51.26 | | |
| 6/2/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2309.00 | 51.24 | | |
| 6/5/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2306.00 | 51.17 | | |
| 6/6/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2305.00 | 51.15 | | |
| 6/7/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2304.00 | 51.13 | 12.50 | $506.25 |
| 6/8/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2303.00 | 51.11 | | |
| 6/12/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2299.00 | 51.02 | | |
| 6/13/06 | Elk Grove & Vallejo | 10.75 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2298.00 | 51.00 | | |
| 6/14/06 | Sacramento | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2297.00 | 50.97 | 2.25 | $91.13 |
| 6/15/06 | Stockton | 8.75 | 0.80 | $32.40 | $248.40 | $216.00 | $32.40 | 3.24 | 0.009 | 2296.00 | 20.38 | | |
| 6/16/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2295.00 | 50.93 | | |
| 6/19/06 | Sacramento | 10.50 | 2.50 | $101.25 | $317.25 | $216.00 | $101.25 | 10.13 | 0.028 | 2292.00 | 63.58 | | |
| 6/21/06 | Vallejo | 10.50 | 2.00 | $81.00 | $297.00 | $216.00 | $81.00 | 8.10 | 0.022 | 2290.00 | 50.82 | 0.25 | $10.13 |
| | | | | | **Subtotals** | | **$18,881.10** | | | | **$12,977.29** | | **$14,687.33** |
| | | | | | | **Total Wages and LDs Owed** | | | | | | | **$46,545.71** |

*work week is Thursday-Wednesday